IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01526-RM-MJW

ANNE M. ALEXANDER,

Plaintiff,

v.

ELBERT SCHOOL DISTRICT #200,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission (Docket No. 18) is granted.  Defendant shall have up to and including November 10, 2015, to respond to such discovery.

Date: November 10, 2015