IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01526-RM-MJW

ANNE M. ALEXANDER,

Plaintiff,

v.

ELBERT SCHOOL DISTRICT #200,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion to Modify Scheduling Order (Docket No. 21) is granted.  The Scheduling Order (Docket No. 11) is thus amended as follows.  The deadline for expert disclosures is now February 12, 2016, and the deadline for designation of rebuttal experts is now March 10, 2016.

Date: January 6, 2016